IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TYRUS ALPHONSE WILLIAMS, | * |
| Plaintiff, | * |
| v. | Case No. 4:22-CV-28-CDL-MSH |
| STATE OF GEORGIA, *et al.,* | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 2, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of May, 2022.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk